

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Rodney Hodge as Administrator of the Estate of Bessie Jeanne Worthy, Rodney Hodge as Trustee of the Bessie Jeanne Worthy Revocable Living Trust, Rodney Hodge, Individually, and Cheri Tye, Appellants | Appeal from the County Court at Law of Ellis County, Texas (Tr. Ct. No. 18-C-3182-20CV1). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating. |

No. 06-21-00008-CV          v.

Joyce W. Lindauer Attorney, PLLC, and
Joyce Lindauer, Appellees

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellants, Rodney Hodge as Administrator of the Estate of Bessie Jeanne Worthy, Rodney Hodge as Trustee of the Bessie Jeanne Worthy Revocable Living Trust, Rodney Hodge, Individually, and Cheri Tye, pay all costs incurred by reason of this appeal.

RENDERED OCTOBER 5, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk